# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Anthony Lindsey

                Plaintiff,

v.

City Of Chicago

                Defendant.

Case No.: 1:21–cv–03156
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the joint status report. The parties have entered into a written settlement agreement. Pursuant to the settlement agreement, Plaintiff has until August 9, 2022 to communicate his revocation of the agreement. Parties shall file a status report on settlement or a stipulation of dismissal on or before August 12, 2022. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.